RULLI, APPELLEE, *v.* RULLI ET AL., APPELLANTS.

[Cite as *Rulli v. Rulli* (1998), 81 Ohio St.3d 1223.]

(No. 97–565—Submitted December 2, 1997—Decided February 11, 1998.)

---

*Manchester, Bennett, Powers & Ullman, L.P.A.*, and *John F. Zimmerman, Jr.*, for appellee.

*Henderson, Covington, Messenger, Newman & Thomas Co., L.P.A., James L. Messenger* and *Jerry M. Bryan*, for appellants.

---

The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY and COOK, JJ., concur.

DOUGLAS, PFEIFER and LUNDBERG STRATTON, JJ., dissent.